941 A.2d 646

**Antonio BUNDY, Appellant,**

**v.**

**Jeffrey BEARD, Secretary for the Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the Order of the Commonwealth Court is AFFIRMED.